**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TAFFY D. MCMAHON | Case No. 15-22928GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SYNCHRONY BANK++ | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE TRUSTEE HAS BEEN INFORMED BY THE POSTAL SERVICE THAT THE ADDRESS OF THE CREDITOR IS DEFUNCT.  NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

| | |
|---|---|
| SYNCHRONY BANK++<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Court claim# 6/Trustee CID# 8 |

The Movant further certifies that on 03/25/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>TAFFY D. MCMAHON, 910 ACADEMY HEIGHTS DRIVE, GREENSBURG, PA 15601 | DEBTOR'S COUNSEL:<br>BRIAN J BLEASDALE ESQ, BLEASDALE LAW OFFICE PC, EMERSON PROFESSIONAL BUILDING, 101 EMERSON AVE, PITTSBURGH, PA  15215 |
| ORIGINAL CREDITOR:<br>SYNCHRONY BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605<br><br>NEW CREDITOR:<br>UNKNOWN | |