**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/13/20 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>TAFFY D. MCMAHON<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>TAFFY D. MCMAHON<br><br><br>Respondents | Case No.15-22928GLT<br><br><br><br>Chapter 13<br><br><br>Related to Docket No. 40 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  _13th Day of August, 2020_ , it is hereby ORDERED, ADJUDGED, and DECREED that,

Suburban Heating Oil Partners Llc
Attn: Payroll Manager
240 Rte 10 West
Pob 206
Whippany,NJ 07981-

is hereby ordered to immediately terminate the attachment of the wages of TAFFY D. MCMAHON, social security number XXX-XX-2838.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TAFFY D. MCMAHON.

FURTHER ORDERED:

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22928-GLT
Taffy D. McMahon                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1            Date Rcvd: Aug 13, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2020.
db              +Taffy D. McMahon,   910 Academy Heights Drive,   Greensburg, PA 15601-1439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
              Brian J. Bleasdale    on behalf of Debtor Taffy D. McMahon bleasdb@yahoo.com
              David Neeren    on behalf of Creditor   PNC Bank, National Association dneeren@rasnj.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    PNC Bank, National Association lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6