## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TAFFY D. MCMAHON

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
       Movant
       vs.
No Respondents.

Case No.:15-22928

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 28, 2020

/s/   Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/13/2015 and confirmed on 11/6/15 . The case was subsequently       Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,772.56 |
| Less Refunds to Debtor | 2,118.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,653.97 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,250.00 | |
|    Trustee Fee | 1,634.87 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,884.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 25,325.46 | 0.00 | 25,325.46 |
|     Acct: 0420 | | | | |
|   WESTMORELAND COUNTY TAX CLAIM B| | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0329 | | | | |
| | | | | 25,325.46 |
| **Priority** | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAFFY D. MCMAHON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAFFY D. MCMAHON | 2,118.59 | 2,118.59 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BLEASDALE LAW OFFICE PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 18.11 | 18.11 | 0.00 | 18.11 |
|     Acct: XXXXXXXXXXBANK | | | | |
| | | | | 18.11 |
| **Unsecured** | | | | |
|   CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3480 | | | | |
|   ECAST SETTLEMENT CORP | 26,718.43 | 2,957.73 | 0.00 | 2,957.73 |
|     Acct: 7078 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 471.63 | 52.21 | 0.00 | 52.21 |
|     Acct: 3923 | | | | |
|   DISCOVER BANK(*) | 12,125.56 | 1,342.30 | 0.00 | 1,342.30 |
|     Acct: 0946 | | | | |
|   MIDLAND FUNDING LLC | 662.05 | 73.29 | 0.00 | 73.29 |
|     Acct: 0495 | | | | |
|   SYNCHRONY BANK++ | 163.58 | 0.00 | 0.00 | 0.00 |
|     Acct: 0771 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 4,425.53 |

15-22928                                                                                                   Page 2 of 2

TOTAL PAID TO CREDITORS                                                                                      29,769.10

    TOTAL CLAIMED
    PRIORITY            18.11
    SECURED              0.00
    UNSECURED       40,141.25


Date: 09/28/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TAFFY D. MCMAHON

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:15-22928

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 15-22928-GLT

Taffy D. McMahon                                                                   Chapter 13

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: dbas                                        Page 1 of 2

Date Rcvd: Sep 29, 2020                    Form ID: pdf900                              Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

++                     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taffy D. McMahon, 910 Academy Heights Drive, Greensburg, PA 15601-1439 |
| 14091971 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank SD, NA, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 14091972 | + | Citibank/The Home Depot, Citicorp/Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14139251 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14091974 | + | Hempfield Township, c/o Jim Regola, 938 St. Clair Way, Suite 1, Greensburg, PA 15601-3550 |
| 14102130 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14102129 | + | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14091975 | + | PNC Mortgage, 3232 Nemark Drive, Miamisburg, OH 45342-5433 |

TOTAL: 8


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Sep 30 2020 03:11:38 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14091969 | + | Email/Text: cms-bk@cms-collect.com | Sep 30 2020 03:39:00 | Capital Managment Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14095905 | | Email/Text: mrdiscen@discover.com | Sep 30 2020 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14091973 | + | Email/Text: mrdiscen@discover.com | Sep 30 2020 03:38:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14091970 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2020 03:13:06 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14125961 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2020 03:41:00 | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14149022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2020 03:13:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14095859 | | Email/PDF: rmscedi@recoverycorp.com | Sep 30 2020 03:11:38 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14091976 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:11:11 | Sams Club/GEMB, Attn: Bankruptcy Dept., P.O. Box 103104, Roswell, GA 30076-9104 |
| 14091977 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:11:11 | Syncb/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14154991 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2020 03:11:11 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 19 |
| TOTAL: 11 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Brian J. Bleasdale | on behalf of Debtor Taffy D. McMahon bleasdb@yahoo.com |
| David Neeren | on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com |
| Lauren Berschler Karl | on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7