Case 15-22928-GLT    Doc 56    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
11/16/20 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TAFFY D. MCMAHON

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-22928

Chapter 13

Related to Docket No. 49

### ORDER OF COURT

AND NOW, this ___16th Day of November, 2020___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22928-GLT |
| Taffy D. McMahon | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taffy D. McMahon, 910 Academy Heights Drive, Greensburg, PA 15601-1439 |
| 14091971 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citibank SD, NA, Attn: Centralized Bankruptcy, P.O. Box 20363, Kansas City, MO 64195 |
| 14091972 | + | Citibank/The Home Depot, Citicorp/Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14139251 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14091974 | + | Hempfield Township, c/o Jim Regola, 938 St. Clair Way, Suite 1, Greensburg, PA 15601-3550 |
| 14125961 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14102130 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14102129 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14091975 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Mortgage, 3232 Nemark Drive, Miamisburg, OH 45342 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2020 03:46:02 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14091969 | + | Email/Text: cms-bk@cms-collect.com | Nov 17 2020 03:57:00 | Capital Managment Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14095905 | | Email/Text: mrdiscen@discover.com | Nov 17 2020 03:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14091973 | + | Email/Text: mrdiscen@discover.com | Nov 17 2020 03:56:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14091970 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:44:26 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 14102130 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14102129 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC Bank, NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14091975 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC Mortgage, 3232 Nemark Drive, Miamisburg, OH 45342 |
| 14149022 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14095859 | | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2020 03:43:01 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14091976 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:42:56 | Sams Club/GEMB, Attn: Bankruptcy Dept., P.O. |

Case 15-22928-GLT   Doc 56   Filed 11/18/20   Entered 11/19/20 00:43:11   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 19 |

| 14091977 | + Email/PDF: gecsedi@recoverycorp.com | | Box 103104, Roswell, GA 30076-9104 |
| --- | --- | --- | --- |
| | | Nov 17 2020 03:45:58 | Syncb/QVC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14154991 | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:45:58 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
  on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Brian J. Bleasdale
  on behalf of Debtor Taffy D. McMahon bleasdb@yahoo.com

David Neeren
  on behalf of Creditor PNC Bank  National Association dneeren@rasnj.com

Lauren Berschler Karl
  on behalf of Creditor PNC Bank  National Association lkarl@rascrane.com, lbkarl03@yahoo.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

TOTAL: 7